**Appeal Dismissed and Memorandum Opinion filed January 18, 2024.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-23-00531-CV

**JUANITA ROJAS, Appellant**

**V.**

**YELLOWSTONE BOULEVARD LLC, Appellee**

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1204662**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 24, 2023. The clerk's record was filed September 5, 2023. No brief was filed.

On November 9, 2023, we issued an order stating that unless appellant filed a brief on or before December 11, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Wise and Jewell.